Andrew S. Williams (SBN 177926)
awilliams@mail.hinshawlaw.com
Sandra I. Weishart (SBN 89792)
sweishart@mail.hinshawlaw.com
Vivian I. Orlando (SBN 213833)
vorlando@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Plaintiff
Transamerica Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AXSYS GROUP, INC., a California corporation; MANUELA 'ELA' KITCHEN, an individual; ACADEMIC BRAIN INSTITUTE, INC., a Nevada corporation; DORIS E. KARRAS, an individual; GEORGE BOSY, an individual; STEINBERG EQUITY PARTNERS LLC, a Nevada Limited Liability Company; WOLFGANG STEINBERG, an individual; LEWIS KITCHEN, an individual; JOSEPH STEINBERG, an individual; KARL STEINBERG, an individual; and DOES 4 through 100, inclusive,<br><br>Defendants.<br><br>STEINBERG EQUITY PARTNERS, LLC, a Nevada Limited Liability Company; WOLFGANG STEINBERG, an individual<br><br>Cross-Complainant<br><br>vs.<br><br>AXSYS GROUP, INC., a California corporation; MANUELA "ELA" KITCHEN, an individual<br><br>Cross-Defendant | Case No. SACV13-01658 AG (RNBx)<br><br>(Honorable Andrew J. Guilford)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF TRANSAMERICA LIFE INSURANCE COMPANY AND DEFENDANTS STEINBERG EQUITY PARTNERS, LLC, WOLFGANG STEINBERG, JOSEPH STEINBERG, AND KARL STEINBERG** |

HINSHAW & CULBERTSON LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

36078825v1 0964130

**TO THE HONORABLE ANDREW J. GUILFORD AND HIS COURT CLERK:**

PLEASE TAKE NOTICE that plaintiff Transamerica Life Insurance Company and defendants Steinberg Equity Partners, LLC, Wolfgang Steinberg, Joseph Steinberg, and Karl Steinberg (collectively, the "Steinbergs") have reached a confidential settlement of this action and are currently in the process of memorializing the settlement terms. The Parties anticipate that the written settlement agreement will be finalized within approximately 10 court days. The settlement is contingent upon a good faith settlement determination by the Court, an application for which will be filed by the Steinbergs promptly after the written settlement agreement is finalized.

DATED: July 23, 2015

HINSHAW & CULBERTSON LLP

By: /s/
Andrew S. Williams
Attorneys for Plaintiff
Transamerica Life Insurance Company

HINSHAW & CULBERTSON LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

36078825v1 0964130

# CERTIFICATE OF SERVICE

*Transamerica Life Insurance Company v. AXSYS Group, Inc, et al.*

**Case No. SACV13-01658 AG (RNBx)**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 633 West 5th Street, Los Angeles, CA 90071-2800.

On **July 23, 2015** I served the document(s) entitled **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF TRANSAMERICA LIFE INSURANCE COMPANY AND DEFENDANTS STEINBERG EQUITY PARTNERS, LLC, WOLFGANG STEINBERG, JOSEPH STEINBERG, AND KARL STEINBERG** on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY HAND DELIVERY):** I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on **July 23, 2015** at Los Angeles, California.

_____
Nora Oliver

1
CERTIFICATE OF SERVICE

36027086v1 0964130

# SERVICE LIST

*Transamerica Life Insurance Company v. AXSYS Group, Inc, et al.*

### Case No. SACV13-01658 AG (RNBx)

**VIA U.S. MAIL**
Laura Petrie Esq.
Law Offices Of Petrie & Associates
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
(949) 365-9160
(949) 861-9645
ljp@petrielaw.com

**VIA U.S. MAIL**
Doris Karras
P.O. Box 881, 24551 Del Prado
Dana Point, CA 92629
(949) 310-3718
Wielath@Mac.com

**VIA U.S. MAIL**
Lewis Kitchen
26300-D Paseo Del Mar
San Juan Capistrano, CA 92675
(949) 278-3201
(714) 619-0054
lewiskitchen@yahoo.com

**VIA U.S. MAIL**
Manuela "Ela" Kitchen
27762 Antonio Parkway, L1-251
Ladera Ranch, CA 92694
ela@axsysfinancial.com

**VIA U.S. MAIL**
George Bosy
27129 Calle Arroyo, Suite 1820
San Juan Capistrano, CA 92690
(888) 453-0096 ext 510
(949) 284-4012
george@axsysfinancial.com

**VIA U.S. MAIL**
Manuela "Ela" Kitchen
27129 Calle Arroyo, Suite 1820
San Juan Capistrano, CA 92690
(888) 453-0096 ext 510
(949) 284-4012
ela@axsysfinancial.com

**VIA EMAIL ONLY**
George Bosy
(949) 702-4397
(702) 938-4110
gbosy@hotmail.com